# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

PATSY ANN AMARO, as mother of
Johnny Warren Conley, et al.,

      Plaintiffs,

      v.

JOHN CARTER, former Sheriff of
Wayne County, in his individual
capacity, et al.,

      Defendants.

CV 2:22-023

## ORDER

Plaintiffs initiated this action on March 7, 2022. See Dkt. No. 1. On May 17, 2022, Defendants timely moved to dismiss the complaint. Dkt. No. 22. On December 15, 2022, Plaintiff moved the Court for leave to file an amended complaint. Dkt. No. 35. The Court granted the motion. Dkt. No. 37. For the reasons below, Defendants' motion to dismiss is **DENIED as moot**.

## LEGAL STANDARD

Under Rule 15 of the Federal Rules of Civil Procedure, a party may amend its pleading with the court's leave. Fed. R. Civ. P. 15(a)(2). An amended pleading "supersedes the former pleading" such that "the original pleading is abandoned by the amendment, and is no longer a part of the pleader's averments against his adversary." Dresdner Bank AG v. M/V Olympia Voyager, 463 F.3d

1210, 1215 (11th Cir. 2006) (internal quotation marks and citation omitted); see also Fritz v. Standard Sec. Life Ins. Co., 676 F.2d 1356, 1358 (11th Cir. 1982) ("Under the Federal Rules, an amended complaint supersedes the original complaint.").

## DISCUSSION

Plaintiffs sought and received the Court's leave to file their amended complaint pursuant to Rule 15(a)(2). Further, Plaintiffs' amended complaint supersedes their original complaint. Defendants' motion to dismiss the original complaint, dkt. no. 22, has thus been rendered moot by Plaintiffs' filing of their amended complaint. Should Defendants wish to renew their motion to dismiss with regard to the amended complaint, they are granted leave to do so within the time prescribed by the Federal Rules of Civil Procedure.

## CONCLUSION

Defendants' motion to dismiss the original complaint, dkt. no. 22, is **DENIED as moot.**

**SO ORDERED**, this 4 day of January, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA