# In the United States District Court for the Southern District of Georgia Brunswick Division

| | |
|---|---|
| PATSY ANN AMARO, as mother of Johnny Warren Conley; JAKE CALVIN CONLEY, as father of Johnny Warren Conley; SAMANTHA F. JACOBS, as co-administrator of the estate of Johnny Warren Conley; A. ALEX BROWN, as co-administrator of the estate of Johnny Warren Conley,<br><br>    Plaintiffs,<br><br>    v.<br><br>JOHN CARTER, as former Sheriff of Wayne County, in his individual capacity; SERGEANT TYRA LITTLE, in her individual capacity; CORPORAL JAMES STEVENS, in his individual capacity; SERGEANT CHERYL HARRIS, in her individual capacity; OFFICER JONATHAN McCALLUM, in his individual capacity; SERGEANT GARYON JOHNSON, in his individual capacity; CORPORAL MARY ANN BLASH, in her individual capacity; OFFICER NOAH SAEDROA, in his individual capacity; DR. MYRA POPE, in her individual capacity; SHALA WINGATE, in her individual capacity; SOUTHEAST CORRECTIONAL MEDICAL GROUP, LLC; and JOHN DOES 1-5,<br><br>    Defendants. | CV 222-023 |

**ORDER**

Before the Court is a stipulation of dismissal, dkt. no. 64, wherein the parties notify the Court that Plaintiffs wish to dismiss all their claims against Defendants John Carter, Tyra Little, James Stevens, Cheryl Harris, Jonathan McCallum, Garyon Johnson, Mary Ann Blash, and Noah Saedroa. The parties having complied with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims in this action are hereby **DISMISSED without prejudice**. See Fed. R. Civ. P. 41(a)(1)(B) ("Unless the notice or stipulation states otherwise, the dismissal is without prejudice."). Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to terminate John Carter, Tyra Little, James Stevens, Cheryl Harris, Jonathan McCallum, Garyon Johnson, Mary Ann Blash, and Noah Saedroa as defendants in this action. Plaintiffs' claims against Defendants Myra Pope, Shala Wingate, and Southeast Correctional Medical Group, LLC remain pending.

**SO ORDERED**, this 28 day of September, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA