# In the United States District Court for the Southern District of Georgia
## Brunswick Division

| | |
|---|---|
| PATSY ANN AMARO, as mother of Johnny Warren Conley, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DR. MYRA POPE, in her individual capacity, et al., <br><br> Defendants. | CV 2:22-023 |

### ORDER

Certain factors having indicated that the Parties might be able to successfully resolve their remaining disputes through mediation, the Court **ORDERS** the parties to mediate before Judge Michele Kim.

**SO ORDERED**, this 22 day of April, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA