IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| PATSY ANN AMARO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MYRA POPE, et al., <br><br> Defendants. | CIVIL ACTION NO.: 2:22-cv-23 |

**O R D E R**

The parties filed a Joint Motion to Stay Remaining Deadlines.  Doc. 79.  The parties state the Court has ordered the parties to mediate this case before the Honorable Michele Kim and ask the Court to stay the remaining deadlines in the Scheduling Order.  Id. at 1–2.  The Court **GRANTS** the parties' Motion and **STAYS** the remaining deadlines and proceedings in this case.  The parties are to provide the Court with a status update regarding the status of the mediation **on or before June 1, 2024**.  If appropriate at that time, the parties should meet and confer and then provide the Court with updated proposed deadlines **on or before June 8, 2024**.

**SO ORDERED**, this 30th day of April, 2024.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA