# In the United States District Court for the Southern District of Georgia
## Brunswick Division

PATSY ANN AMARO, as mother of Johnny Warren Conley, et al.,

    Plaintiffs,

v.

DR. MYRA POPE, in her individual capacity, et al.,

    Defendants.

CV 2:22-023

## ORDER

Before the Court is a Notice of Bankruptcy Stay filed by Defendants Southeast Correctional Medical Group, Shala Wingate and Dr. Myra Pope. Dkt. No. 104. Accordingly, this case is hereby administratively **STAYED** pending resolution of the bankruptcy matter. The Parties are **ORDERED** to file a status report within fourteen days after the date of the bankruptcy matter's resolution.

**SO ORDERED**, this 18 day of December, 2024.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA